**Order entered November 14, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01187-CV

### LINDA DOUGLAS, Appellant

### V.

### TAYLOR SIMS AND DALLAS PERFORMANCE, LLC., Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-03688-E**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 27, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/    DAVID L. BRIDGES
       PRESIDING JUSTICE